UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 5:07-CR-0027 DCB LRA

MARK NECAISE
SAMUEL NECAISE and
JOHN CUEVAS

### ORDER OF DISMISSAL OF COUNT 2 AS TO JOHN CUEVAS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against defendant, JOHN CUEVAS, with prejudice.

                                        DUNN LAMPTON
                                        United States Attorney

                                By:     DAVE FULCHER
                                        Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 as to defendant JOHN CUEVAS.

SO ORDERED, this the 22nd day of April, 2008.

                                        HONORABLE DAVID C. BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE